UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| LYNCO CAPITAL CORP. | ) | CASE NO. 05 B 06656 |
| | ) | |
| Debtor(s) | ) | HON. JACQUELINE P. COX |

Social Security/Employer Tax ID Number:    36-3765213

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:    U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 619, Chicago, IL 60604

   On: **July 16, 2008**          Time:  **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   Receipts                                       $63,295.62

   Disbursements                                     $447.17

   Net Cash Available for Distribution            $62,848.45

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Phillip D. Levey<br>Trustee | $0.00 | $6,414.78 | $116.00 |
| U.S. Bankruptcy Court Clerk<br>Deferred Adversary Filing Fee | $0.00 | $0.00 | $250.00 |
| Phillip D. Levey<br>Attorney For Trustee | $0.00 | $30,020.00[1] | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: N/A

---

[1] Attorney for Trustee has voluntarily reduced his request for compensation by $3,335.00 to a total of $30,020.00; i.e. a reduction of approximately 10%.

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are: None

7. Claims of general unsecured creditors totaling $118,333.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 28.40%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Weissberg And Associates, Ltd. | $28,281.04 | $8,031.46 |
| 3 | Modern Salon, Inc. | $12,500.00 | $3,549.84 |
| 4 | Liberty Capital Resources, Inc. | $50,940.22 | $14,466.37 |
| 5 | Advanta Bank Corp. | $26,611.77 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Security Deposit | $1,000.00 |
| 2001 Jaguar XJ8 | $14,000.00 |

Dated: **June 13, 2008**                                For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:    Phillip D. Levey
Address:    2722 North Racine Avenue
            Chicago, IL  60614
Phone No.:  (773) 348-9682

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

6656   Doc 41   Filed 06/13/08   Entered 06/16/08 00:00:19   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1             Date Rcvd: Jun 13, 2008
Case: 05-06656                Form ID: pdf002          Total Served: 12
```

The following entities were served by first class mail on Jun 15, 2008.
```
db          +Lynco Capital Corp,    3235 E Silver Springs Blvd,    122 S Michigan Ave Suite 1290,
              Ocala, IL 60603-6259
aty         +James P Wognum,    Law Office of James P. Wognum,    122 S Michigan Ave.,    Suite 1290,
              Chicago, IL 60603-6259
tr          +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
11446573    +Advanta Bank Corp,    Welsh &  McKean Roads,    PO Box 844,    Spring House, PA 19477-0844
8981661     +Holland & Knight, Ltd.,    50 North Laura Street, Suite 3900,    Jacksonville, FL 32202-3622
8981662     +Jaguar Credit,    Payment Processing,    P.O. Box 680020,    Franklin, TN 37068-0020
8981663     +Liberty Capital Resourses, Inc.,    C/o Walkinski & Trunkett,    25 E Washington Ste 1221,
              Chicago, IL 60602-1875
8981664     +Modern Salon, Inc.,    c/o Richard S Wright Esq,    600 S College St Ste 3000,
              Charlotte, NC 28202-1897
8981665     +Neill Corporation,    300 S. Pine St.,    Hammond, LA 70403
8981666     +Stoelting,    502 Kiel Hwy. 67,    Kiel, WI 53042-1600
8981667     +Walinski & Trunkett, P.C.,    25 E. Washington St., Suite 1221,    Chicago, IL 60602-1758
8981668     +Weissberg & Associates, Ltd.,    401 S. LaSalle St., Suite 403,    Chicago, IL 60605-2993
```
The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
11023832*   +Weissberg and Associates, Ltd.,    401 S. LaSalle St., Suite 403,    Chicago, IL 60605-2993
                                                                                             TOTALS: 0, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 15, 2008**                      **Signature:** _Joseph Speetjens_