IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| LYNCO CAPITAL CORP., | ) | CASE NO. 05 B 06656 |
| | ) | |
| | ) | |
| Debtor(s) | ) | HON. JACQUELINE P. COX |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE JACQUELINE P. COX
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the attached Order Awarding Compensation and Expenses, Trustee's Distribution Report and Trustee's Form 2.

The Trustee certifies that the estate has been fully administered, requests that he be discharged and the case closed pursuant to 11 U.S.C. §350.

Date: 10-21-08

_____
TRUSTEE

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE: | ) | CHAPTER 7 |
|---|---|---|
|  | ) |  |
| LYNCO CAPITAL CORP.. | ) | CASE NO. 05 B 06656 |
|  | ) |  |
| Debtor(s) | ) | HON. JACQUELINE P. COX |

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows;

| | | |
|---|---|---|
| 1. | Trustee's compensation | $6,414.78 |
| 2. | Trustee's expenses | $116.00 |
| | TOTAL | $6,530.78 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows;

1. Attorney for the Trustee
   - a. Chapter 7 Compensation — $30,020.00
   - b. Chapter 7 Expenses — $0.00
   - c. Chapter 11 Compensation — $0.00
   - d. Chapter 11 Expenses — $0.00

2. Accountant for the Trustee
   - a. Chapter 7 Compensation — $0.00
   - b. Chapter 7 Expenses — $0.00
   - c. Chapter 11 Compensation — $0.00
   - d. Chapter 11 Expenses — $0.00

3. Other professionals
   - a. Chapter 7 Compensation — $0.00
   - b. Chapter 7 Expenses — $0.00
   - c. Chapter 11 Compensation — $0.00
   - d. Chapter 11 Expenses — $0.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: _____

ENTER:

_____
UNITED STATES BANKRUPTCY JUDGE

ENTERED
JUL 1 6 2008
Judge Jacqueline P. Cox
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| LYNCO CAPITAL CORP. | ) | CASE NO. 05 B 06656 |
| | ) | |
| Debtor(s) | ) | HON. JACQUELINE P. COX |

### DISTRIBUTION REPORT

I, Phillip D. Levey, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

#### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $36,800.78[2] |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $26,067.51 |
| Interest (726(a)(5) | $0.00 |
| Surplus to Debtor (726(a)(6) | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $62,868.29 |

---

[2] Attorney for Trustee has voluntarily reduced his request for compensation by $3,335.00 to a total of $30,020.00; i.e. a reduction of approximately 10%.

EXHIBIT D

**FINAL DISTRIBUTION**

| Case Number: 05-06656　JPC | | | | Page 1 | | | Date: July 17, 2008 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Debtor Name: LYNCO CAPITAL CORP | | | | | | | |

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Beginning Balance | | | | | | | | $62,868.29 |
| Claim Type - | | | | | | | | |
| | Phillip D. Levey<br>COMPENSATION | Admin | | $6,414.78 *<br>$6,414.78 | $0.00 | $6,414.78 | $6,414.78 | $56,453.51 |
| | Percent Paid: 100.00000 % | | | | | | | |
| | Phillip D. Levey<br>EXPENSES | Admin | | $116.00 *<br>$116.00 | $0.00 | $116.00 | $116.00 | $56,337.51 |
| | Percent Paid: 100.00000 % | | | | | | | |
| | Subtotal For Claim Type | | | $6,530.78 *<br>$6,530.78 | $0.00 | $6,530.78 | $6,530.78 | |
| Claim Type 3110-00 - Attorney for Trustee Fees | | | | | | | | |
| | Phillip D. Levey | Admin | 001 | $33,355.00 *<br>$30,020.00 | $0.00 | $30,020.00 | $30,020.00 | $26,317.51 |
| | Percent Paid: 100.00000 % | | | | | | | |
| | Subtotal For Claim Type 3110-00 | | | $33,355.00 *<br>$30,020.00 | $0.00 | $30,020.00 | $30,020.00 | |
| Claim Type 2990-00 - Other Chapter 7 Administrative | | | | | | | | |
| | Clerk, U.S. Bankruptcy Court | Admin | 999 | $250.00 *<br>$250.00 | $0.00 | $250.00 | $250.00 | $26,067.51 |
| | Percent Paid: 100.00000 % | | | | | | | |
| | Subtotal For Claim Type 2990-00 | | | $250.00 *<br>$250.00 | $0.00 | $250.00 | $250.00 | |
| Subtotals For Class Administrative　100.00000 % | | | | $40,135.78 *<br>$36,800.78 | $0.00 | $36,800.78 | $36,800.78 | |
| Claim Type 7100-00 - General Unsecured 726(a)(2) | | | | | | | | |
| 000002 | Weissberg and Associates, Ltd.<br>401 S. LaSalle St., Suite 403<br>Chicago, IL 60605 | Unsec | 070 | $35,281.04 *<br>$28,281.04 | $0.00 | $28,281.04 | $8,037.57 | $18,029.94 |
| | Percent Paid: 28.42035 % | | | | | | | |
| 000003 | Modern Salon, Inc.<br>c/o Richard S Wright Esq<br>600 S College St Ste 3000<br>Charlotte, NC 28202 | Unsec | 070 | $12,500.00 *<br>$12,500.00 | $0.00 | $12,500.00 | $3,552.54 | $14,477.40 |
| | Percent Paid: 28.42032 % | | | | | | | |
| 000004 | Liberty Capital Resourses, Inc.<br>C/o Walkinski & Trunkett<br>25 E Washington Ste 1221<br>Chicago, IL 60602 | Unsec | 070 | $50,940.22 *<br>$50,940.22 | $0.00 | $50,940.22 | $14,477.40 | $0.00 |
| | Percent Paid: 28.42037 % | | | | | | | |

**FINAL DISTRIBUTION**

| Case Number: 05-06656    JPC | | | Page 2 | | | | Date: July 17, 2008 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Debtor Name: LYNCO CAPITAL CORP | | | | | | | |

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Subtotal For Claim Type 7100-00 | | | $98,721.26 *<br>$91,721.26 | $0.00 | $91,721.26 | $26,067.51 | |
| | **Claim Type 7200-00 - Tardy General Unsecured** | | | | | | | |
| 000005 | Advanta Bank Corp<br>Welsh & McKean Roads<br>PO Box 844<br>Spring House, PA 19477 | Unsec | 080<br><br>Percent Paid: 0.00000 % | $26,611.77 *<br>$26,611.77 | $0.00 | $26,611.77 | $0.00 | $0.00 |
| | Subtotal For Claim Type 7200-00 | | | $26,611.77 *<br>$26,611.77 | $0.00 | $26,611.77 | $0.00 | |
| | Subtotals For Class Unsecured | 22.02894 % | | $125,333.03 *<br>$118,333.03 | $0.00 | $118,333.03 | $26,067.51 | |
| << Totals >> | | | | $165,468.81<br>$155,133.81 | $0.00 | $155,133.81 | $62,868.29 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 05-06656 -JPC | | Trustee Name: | Phillip D. Levey |
| Case Name: | LYNCO CAPITAL CORP | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2494 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5213 | | | |
| For Period Ending: | 10/21/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/08/07 | 5 | James P. Wognum | Turnover by Debtor | 1129-000 | 385.00 | | 385.00 |
| 10/19/07 | 000101 | Certified Reporting Company | Court Reporter-Behr Deposition | 3120-000 | | 175.00 | 210.00 |
| 10/19/07 | 000102 | Behr & Company | Copying Charges-Debtor's Records | 3120-000 | | 210.00 | 0.00 |
| 10/31/07 | 6 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 0.09 | | 0.09 |
| 12/15/07 | 7 | Charles C. Boyd | SETTLEMENT | 1241-000 | 60,000.00 | | 60,000.09 |
| 12/31/07 | 6 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 11.51 | | 60,011.60 |
| 01/31/08 | 6 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 23.78 | | 60,035.38 |
| 02/01/08 | 1 | Mutual Bank | Bank Account Turnover | 1121-000 | 2,832.80 | | 62,868.18 |
| 02/29/08 | 6 | BANK OF AMERICA | Interest Rate 0.300 | 1270-000 | 14.69 | | 62,882.87 |
| 03/31/08 | 6 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 14.86 | | 62,897.73 |
| 04/30/08 | 6 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 12.89 | | 62,910.62 |
| 05/09/08 | 000103 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | BOND # 016026455 Term 2/1/08 - 2/1/09 | 2300-000 | | 62.17 | 62,848.45 |
| 05/30/08 | 6 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 7.98 | | 62,856.43 |
| 06/30/08 | 6 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 7.74 | | 62,864.17 |
| 07/17/08 | 6 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 4.12 | | 62,868.29 |
| 07/17/08 | | Transfer to Acct #*******3153 | Final Posting Transfer | 9999-000 | | 62,868.29 | 0.00 |

|  | COLUMN TOTALS | 63,315.46 | 63,315.46 | 0.00 |
|---|---|---|---|---|
|  | Less:  Bank Transfers/CD's | 0.00 | 62,868.29 | |
|  | Subtotal | 63,315.46 | 447.17 | |
|  | Less:  Payments to Debtors | | 0.00 | |
|  | Net | 63,315.46 | 447.17 | |

Page Subtotals    63,315.46    63,315.46

Ver: 14.03b

LFORM24

| Case No: | 05-06656 -JPC | Trustee Name: | Phillip D. Levey |
| Case Name: | LYNCO CAPITAL CORP | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3153 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5213 | | |
| For Period Ending: | 10/21/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/17/08 | | Transfer from Acct #*******2494 | Transfer In From MMA Account | 9999-000 | 62,868.29 | | 62,868.29 |
| 07/27/08 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 6,414.78 | 56,453.51 |
| 07/27/08 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 116.00 | 56,337.51 |
| 07/27/08 | 000103 | Phillip D. Levey | TRUSTEE'S ATTORNEY'S FEES | 3110-000 | | 30,020.00 | 26,317.51 |
| 07/27/08 | 000104 | Clerk, U.S. Bankruptcy Court | Deferred Adversary Filing Fee | 2990-000 | | 250.00 | 26,067.51 |
| 07/27/08 | 000105 | Weissberg and Associates, Ltd.<br>401 S. LaSalle St., Suite 403<br>Chicago, IL 60605 | Claim 000002, Payment 28.42035%<br>(2-1) Legal Services | 7100-000 | | 8,037.57 | 18,029.94 |
| 07/27/08 | 000106 | Modern Salon, Inc.<br>c/o Richard S Wright Esq<br>600 S College St Ste 3000<br>Charlotte, NC 28202 | Claim 000003, Payment 28.42032% | 7100-000 | | 3,552.54 | 14,477.40 |
| 07/27/08 | 000107 | Liberty Capital Resourses, Inc.<br>C/o Walkinski & Trunkett<br>25 E Washington Ste 1221<br>Chicago, IL 60602 | Claim 000004, Payment 28.42037% | 7100-000 | | 14,477.40 | 0.00 |

|  | | |
| --- | --- | --- |
| COLUMN TOTALS | 62,868.29 | 62,868.29 | 0.00 |
| Less: Bank Transfers/CD's | 62,868.29 | 0.00 | |
| Subtotal | 0.00 | 62,868.29 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 62,868.29 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Money Market Account (Interest Earn - *******2494) | 63,315.46 | 447.17 | 0.00 |
| Checking Account (Non-Interest Earn - *******3153) | 0.00 | 62,868.29 | 0.00 |
| Page Subtotals | 62,868.29 | 62,868.29 | |

LFORM24

Ver: 14.03b

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-06656 -JPC | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | LYNCO CAPITAL CORP | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3153 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5213 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 10/21/08 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 63,315.46 | 63,315.46 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 14.03b

LFORM24